UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

www.cand.uscourts.gov

Susan Y. Soong                                                                General Court Number
Clerk of Court                                                                         415-522-2000

June 2, 2017

RE:  Geier v. Davis
     16-cv-01980-JSC

Default is **declined** as to defendants Ron Davis and A.Lile on June 2, 2017.

Susan Y. Soong, Clerk

by: Sheila Rash
Case Systems Administrator